734

Hagen CARTER, Jr., Appellant,

v.

The STATE of Texas, Appellee.

No. 27921.

Court of Criminal Appeals of Texas.

Jan. 4, 1956.

J. W. Reid, Abilene, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for a violation of the liquor law in Taylor County; the punishment, a fine of $1,000 and six months in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.

Frank James SIBLEY and Bobby E. Bryant, Appellants,

v.

The STATE of Texas, Appellee.

No. 27932.

Court of Criminal Appeals of Texas.

Jan. 11, 1956.

Harry P. Jarvis, Thos. M. Mobley, Houston, for appellant.

Dan Walton, Dist. Atty., Eugene Brady and Thomas D. White, Asst. Dist. Attys., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is rape; the punishment, eight years for each appellant.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.